IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**HAROLD G. SMITH, ET AL**                                                              **PLAINTIFFS**

**VS.**                          **CASE NO. 4:11CV00102 JMM**

**JPMORGAN CHASE & CO., ET AL.**                                        **DEFENDANTS**

## ORDER

Plaintiff's Motion for Admission *Pro Hac Vice* of Marc L. Godino as counsel is granted (#2). For good cause, and pursuant to Local Rule 83.5(d) of the Rules of the United States District Court for the Eastern and Western Districts of Arkansas, Marc L. Godino is hereby permitted to appear before this Court as counsel for plaintiff.

IT IS SO ORDERED this __25__ day of February, 2011.

James M. Moody
United States District Judge