IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**HAROLD G. SMITH, ET AL.**                                                                                    **PLAINTIFFS**

**VS.**                              **CASE NO. 4:11CV00102 JMM**

**JPMORGAN CHASE & CO., ET AL.**                                                      **DEFENDANTS**

## ORDER

Plaintiffs's Motions for Admission *Pro Hac Vice* of Brett Cebulash and Kevin S. Landau as counsel are granted (#5 and #6).  For good cause, and pursuant to Local Rule 83.5(d) of the Rules of the United States District Court for the Eastern and Western Districts of Arkansas, Brett Cebulash and Kevin S. Landau are hereby permitted to appear before this Court as counsel for Plaintiffs.

IT IS SO ORDERED this __3__ day of March, 2011.

James M. Moody
United States District Judge