IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HAROLD G. SMITH, ET AL.                                                                PLAINTIFFS

VS.                                      CASE NO.  4:11CV00102 JMM

JPMORGAN CHASE & CO, ET AL.                                                        DEFENDANTS

ORDER

Based upon the *Kardonick, et al. v. JPMorgan Chase & Co., et al*, class action lawsuit currently pending in federal court in the Southern District of Florida, the Joint Motion for Stay is granted (#12).

IT IS THEREFORE ORDERED that the above styled litigation is stayed until a proposed settlement in the *Kardonick* litigation, and any appeal therefrom, has been either terminated, denied, or approved.

If the *Kardonick* settlement is terminated or disapproved, Defendants shall have 45 days from the date of such termination or disapproval, including any termination of any appeal therefrom, to answer or otherwise respond to the Complaint.  If the settlement receives final approval, Plaintiffs shall have 10 days from the date of final approval, and the termination of any appeal therefrom, in which to dismiss this action with prejudice.

The parties are also directed to file a case status report on November 11, 2011.

It is so Ordered this   22    day of April, 2011.

_____
James M. Moody
United States District Judge