IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HAROLD G. SMITH, ET AL.                                                                PLAINTIFF

VS.                                                 CASE NO.  4:11CV00102 JMM

JPMORGAN CHASE & CO, ET AL                                                     DEFENDANT

ORDER

Before the Court is Defendants' Status Report which states that all the claims in the above styled case should be dismissed with prejudice based upon the conclusion of the *Kardonick* litigation (#17). The Court is of the opinion that a response by the Plaintiff would be helpful.  The Plaintiff is directed to filed a response to Defendants' status report on, or before, June 18, 2012.

IT IS SO ORDERED this   5    day of   June  , 2012.

_____
James M. Moody
United States District Judge