# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

**HAROLD G. SMITH, ET AL.**                                                  **PLAINTIFFS**

**VS.**                      **CASE NO. 4:11CV00102  JMM**

**JPMORGAN CHASE & CO, ET AL**                                       **DEFENDANTS**

## ORDER

Based upon the parties' Joint Stipulation of Dismissal (#19), the above styled case is dismissed with prejudice with each party to bear their own costs and fees.

IT IS SO ORDERED this   19   day of June, 2012.


_____
James M. Moody
United States District Judge